IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SOUTHERN SOLUTIONS
AND SERVICES, LLC                                                                                    PLAINTIFF

V.                                         CASE NO. 14-CV-1012

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH                                                                    DEFENDANT

ORDER

Before the Court is a Motion to Dismiss. (ECF No. 13). Plaintiff moves the Court to dismiss its claims against Defendant pursuant to Federal Rule of Civil Procedure 41. Plaintiff states that the parties have reached an agreement in this case. Upon consideration, the Motion to Dismiss is **GRANTED**, and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 1st day of April, 2014.

        /s/ Susan O. Hickey
        Susan O. Hickey
        United States District Judge